CHARLES KEMP et al., Appellants, *v.* NEW YORK CENTRAL
RAILROAD COMPANY, Respondent.

Argued May 29, 1939; decided September 26, 1939.

*William L. Clay* for appellants.
*Paul Folger* and *Harlan F. Calkins* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.